# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUNTRUST BANKS, INC. )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD W. TYNES )<br>)<br>and )<br>)<br>GAIL F. TYNES )<br>)<br>    Defendants. )<br>)<br>_____) | Civil Action No. 1:06-00957-GK |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Pursuant to Local Rule 7.1, I, the undersigned, counsel of record for SunTrust Banks, Inc. ("SunTrust"), certify to the best of my knowledge that SunTrust is a publicly traded corporation with securities in the hands of the public. I additionally certify that, to the best of my knowledge, SunTrust does not have any parent company, subsidiary or affiliate which has securities in the hands of the public. These representations are made in order that judges of this court may determine the need for recusal.

                                                                Respectfully submitted,

Date: May 25, 2006                                 /s/ Alan Noskow
                                                                Alan Noskow (D.C. Bar # 473020)
                                                                DLA Piper Rudnick Gray Cary US LLP
                                                                1775 Wiehle Avenue, Suite 400
                                                                Reston, VA  20190
                                                                (703) 773-4152   Telephone
                                                                (202) 689-5034   Facsimile

~BALT1:4241276.v1

        Richard M. Kremen (D.C. Bar # 195073)
        DLA PIPER RUDNICK GRAY CARY US LLP
        The Marbury Building
        6225 Smith Avenue
        Baltimore, MD  21209
        (410) 580-3000   Telephone
        (410) 580-3001   Facsimile

        Attorneys for SunTrust Bank

*Of Counsel*

Dale K. Cathell
DLA PIPER RUDNICK GRAY CARY US LLP
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209

~BALT1:4241276.v1