# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUNTRUST BANKS, INC. | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:06-00957-GK |
| RICHARD W. TYNES | ) |
| and | ) |
| GAIL F. TYNES | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL

Plaintiff, Suntrust Banks, Inc., by counsel, hereby files its Notice of Dismissal under Fed.R.Civ.P. 41(a)(1)(i). Plaintiff filed its complaint on May 23, 2006. Defendants have not yet been served with process.

This dismissal is without prejudice to refiling.

Respectfully submitted,

Date: October 19, 2006

/s/ Alan Noskow
Alan Noskow (D.C. Bar # 473020)
DLA Piper US LLP
1775 Wiehle Avenue, Suite 400
Reston, VA  20190
(703) 773-4152   Telephone
(202) 689-5034   Facsimile

~BALT1:4241276.v1

        Richard M. Kremen (D.C. Bar # 195073)
        DLA PIPER US LLP
        The Marbury Building
        6225 Smith Avenue
        Baltimore, MD  21209
        (410) 580-3000   Telephone
        (410) 580-3001   Facsimile

        Attorneys for SunTrust Bank

*Of Counsel*

Dale K. Cathell
DLA PIPER US LLP
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209

~BALT1:4241276.v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUNTRUST BANKS, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD W. TYNES )<br>)<br>and )<br>)<br>GAIL F. TYNES )<br>)<br>Defendants. )<br>)<br>_____) | Civil Action No. 1:06-00957-GK |

## ORDER DISMISSING ACTION WITHOUT PREJUDICE

After considering Plaintiff, Suntrust Banks, Inc.'s Notice of Dismissal under Fed.R.Civ.P. 41(a)(1)(i), it is

ORDERED that the above matter is dismissed without prejudice.

SIGNED this _____ day of _____, 2006.

_____
Judge, United States District Court

~BALT1:4241276.v1