IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SUNTRUST BANKS, INC. )
)
    Plaintiff, )
)
v. )   Civil Action No. 1:06-00957-GK
)
RICHARD W. TYNES )
)
and )
)
GAIL F. TYNES )
)
    Defendants. )
)

## ORDER DISMISSING ACTION WITHOUT PREJUDICE

After considering Plaintiff, Suntrust Banks, Inc.'s Notice of Dismissal under Fed.R.Civ.P. 41(a)(1)(i), it is

ORDERED that the above matter is dismissed without prejudice.

SIGNED this 19th day of October, 2006.

_Gladys Kessler_
Judge, United States District Court

BALT1:4241276.v1